1  Anthony D. Prince (SBN # 202892)
   General Counsel, California Homeless Union/Statewide Organizing Council
2  Law Offices of Anthony D. Prince
   2425 Prince Street, Ste. 100
3  Berkeley, CA 94705
   Tel: 510-301-1472
4
5  Attorneys for Plaintiffs

Page
- 1 -

### UNITED STATES COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAJARO/WATSONVILLE HOMELESS UNION, a local affiliate of the CALIFORNIA HOMELESS UNION, on behalf of itself and those it represents; MONIKE ILENE TONE, President of the PAJARO RIVER HOMELESS COMMUNITY, a Homeless Union-affiliated encampment in MONTEREY COUNTY; Individual Plaintiffs MONIKE TONE, KRISTINA OYLMAN, ELISE JOHNSON, and other similarly-situated homeless persons encamped along the Pajaro River in Monterey County, | Case No.: |
| | ***EX PARTE* APPLICATION AND COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND DELARATORY JUDGMENT PURSUANT TO 42 U.S.C. § 1983, CALIFORNIA CONSTITUTION ART.1, § 7; 8TH AND 14th AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES; DECLARATION OF MONIKE ILENE TONE; DECLARATION OF KRISTY OYLMAN; DECLARATION OF ELISE JOHNSON; DECLARATION OF ANTHONY D. PRINCE; [Proposed ORDER]** |
|     Plaintiffs | |
| vs. | |
| COUNTY OF MONTEREY; MONTEREY COUNTY WATER RESOURCES AGENCY; MONTEREY COUNTY SHERIFFS DEPT; SHERIFF STEPHEN BERNAL in his official and individual capacities, DOES 1-100, | |
|     Defendants | |

### INTRODUCTION AND BACKGROUND

1. At this hour, the clearing of some 200 hundred homeless persons and their campsites along the Pajaro River is underway. There has been no confirmed alternative shelter, motel vouchers or other accommodations provided.

*Complaint for Injunctive Relief*

2. Since 7-day Notices to Vacate were posted on November 10, 2021, the attorney for the campers, most of whom are members of the Pajaro/Watsonville Homeless Union, has repeatedly attempted to contact first the Monterey County Sheriffs and then County Counsel. Messages were left, calls made that were not returned. Only in the last few days has the County attorney responded and refused to delay even by a few days the sweep that is currently scheduled for today, November 17, 2021 through November 19, 2021 and beyond, beginning at 7:00 am.

3. Given that meet and confer efforts were delayed by the County and have been unsuccessful, very little time has been available to fully brief this *Ex Parte* Application. The Court is urged to carefully review the attached declarations and exhibits, as they provide a factual basis for the Application and collectively demonstrate how the elements required to justify the issuing of a Temporary Restraining Order and Preliminary Injunction have been met.

4. Absent the Court's immediate intervention, the affirmative acts of the County will constitute a state-created danger that poses a heightened risk of great bodily harm to hundreds of unhoused men and women.

## MEMORANDUM OF POINTS AND AUTHORITIES

### JURISDICTION AND VENUE

5. This is an action for injunctive relief pursuant to 42 USC Section 1983 and F.R. Civ. P. 23(b)(2) based upon ongoing violations and imminent harm to approximately 200 persons encamped along the Pajaro River in Monterey County implicating the First, Fourth, and Fourteenth Amendments of The Constitution of the United States of America and pertinent portions of the California State Constitution.

6. Jurisdiction exists because 28 USC Section 1331 and 1343 in that this case is brought pursuant to 42 U.S.C. Section 1983 and raises questions of federal Constitutional Law under the First, Fourth, and Fourteenth amendments.

*Complaint for Injunctive Relief*

## PARTIES

7. Plaintiff **Pajaro/Watsonville Homeless Union** is a local union chapter of the California Homeless Union, an unincorporated membership association which organizes, advocates for and represents unhoused and marginally housed persons. Clearing of encampments without the provision of immediate, indoor shelter under *Martin v. Boise* results in dispersal of and harm to Union members and directly interferes with the Union's mission.

8. Plaintiffs **Monike Tone, Elise Johnson** and **Kristina Oylmen** and all those similarly situated, are all homeless individuals camped along the Pajaro River facing imminent destruction of their camps and belongings and physical displacement.

9. Defendant **County of Monterey** ("County") is a political subdivision of the State of California with capacity to sue and be sued.

10. Defendants **Monterey County Water Resources Agency; Sheriffs Department** and individual Defendant **Sheriff Stephen Bernal**, are all departments and/or agents of the County of Monterey.

11. Pursuant to Local Rule 65.1(a), plaintiffs respectfully move *ex parte* for a temporary restraining order and preliminary injunction against Defendants and each of them to halt the expulsion of homeless persons encamped along the Pajaro River.

12. A TRO is necessary to prevent the irreparable harm to plaintiffs prior to this Court having an opportunity to make a decision on Plaintiffs' motion for a preliminary injunction.

13. In considering an application for a preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure, courts in the Ninth Circuit look to the following factors: a) The movant has shown a likelihood of success on the merits; b) There is a likelihood that the movant will suffer irreparable harm in absence of a preliminary injunction; c) The balance of equities tips in the movant's favor; d) The injunction is in the public interest. *Stormance, Inc. v. Selecky,* 586 F.3d 1109, 1127 (9th Cir. 2009). Also see Idaho v. Coeur d'Alene Tribe,

*Complaint for Injunctive Relief*

794 F.3d 1039, 1046 (9th Cir, 2015) quoting from *Pom Wonderful LLC v. Hubbard*, 775

F.3d 1118,1124 (9th Cir.2014).

### Standard for Temporary Restraining Order/Preliminary Injunction

**14.** To determine whether to issue a TRO, the courts in the Ninth Circuit apply the same

analysist used to evaluate a motion for preliminary injunction. *McCarthy v. Servis One, Inc.*

2017 U.S. Dist. LEXIS 32622, at \*9-10(N.D. Cal. Mar. 7. 2017) The Ninth Circuit has

adopted a "sliding scale" to approach such that a plaintiff need only show that there are

***"serious questions going to the merits"*** , such that "serious questions going to the merits

and a balance of hardships that tops sharply towards the plaintiff can support issuance of a

preliminary injunction, so long as the plaintiff can show that there is the likelihood of

irreparable – a lesser showing than likelihood success on the merits – then a preliminary

injunction may still issue if the balance of hardships tips sharply in the plaintiffs favor and

the other two factors are satisfied. *Alliance For The Wild Rockies v. Cottrell,* 632 F. 3D

1127, 1135 (9TH CIR. 2011).

**15.** Here, Plaintiffs Application for a TRO raises serious questions including the legality, under

the Federal and State Constitutional rights as well as state and local public health order, of

Defendants' plan to expel approximately 200 homeless persons from the Pajaro River area

when there are no shelter beds available and Defendants have failed to provide motel

vouchers or answer Plaintiffs' Counsel's questions regarding motel vouchers – length of

stay, transportation, status of plaintiffs' personal property, etc.

**16.** In addition, serious questions arise regarding **state-created danger by way of increasing**

**the risk of harm and even death face routinely by homeless persons** deprived of the

relative safety of the encampment community and the material support rendered by

charitable organizations and individuals. While there may be no fundamental right to

housing, the Ninth Circuit recognizes liability under substantive due process where a state or

*Complaint for Injunctive Relief*

local official act to place a person in a situation of known danger with deliberate

indifference to their personal or physical safety. *Kennedy v. City of Ridgefield,* 439 E 3d

1055(9th Cir. 2006) "[D]eliberate indifference is a stringent standard of fault, requiring proof

that a municipal actor disregard a known or obvious consequence" *Board of County Com'rs*

*of Bryan County, Okl v Brown,* 520 U.S. 397 "In examining whether [the city] affirmatively

places an individual in danger, [a court does not look solely to the agency of the individual,

nor [does it rest its] opinion on what options may or may not have been available to the

individual. Instead, [the court must] examine whether [the city] left the person in a situation

that was more dangerous than the one in which they found him" *Kennedy,* 439 F.3d at 1062

(citations omitted) See also, Northern District Judge Susan van Keulen's Order January 20,

2021 granting plaintiffs' Ex Parte Application for Preliminary Injunction in the ongoing case

of *Santa Cruz Homeless Union et al v. [Santa Cruz City Manager] Martin Bernal, City of*

*Santa Cruz, et al* Case No. 20-cv-09425-SVK.

17. While California is loosening COVID-19 restrictions, the CDC guidance remains the same –
"If individual housing options are not available, allow people who are living unsheltered or
in encampments to remain where they are. Clearing encampments can cause people to
disperse throughout the community and break connections with service providers as this
increases the potential for infectious disease spread."

18. In a recent modification to the injunction in Marin County based *Marin County Homeless*
*Union v. City of Sausalito* Judge Edward M. Chen enjoined the city from clearing our camp
by Dunphy Park. He only recently modified the injunction to allow the City of Sausalito to
move the camp to separate and comparable campground with hygiene facilities while
maintaining enjoinment of the city daytime camping bans. In his modification of the
injunction, the judge permitted the moving of the encampment only because campers were

*Complaint for Injunctive Relief*

to be moved to a safer location with showers, restrooms provided and with their personal possessions.

19. Also persuasive are the Orders for Preliminary Injunction issued by Federal Judge Yvonne Rogers Gonzalez in *Novato Homeless Union v. City of Novato,* and by Judge Susan van Keulen in *Santa Cruz Homeless Union v. City of Santa Cruz.* In both cases Defendants were restrained and enjoined from clearing existing homeless encampments for essentially the same reasons and under similar threatened harms now facing Plaintiffs along the Parajo River encampments.

20. As can be ascertained from reading the e-mail communications attached to the Declaration of Counsel, Defendants Monterey County and Monterey County Water Resources Agency have spent weeks, if not months, planning work on the area where Plaintiffs are encamped. In one of her emails, County Attorney Donlon falsely stated that the homeless had "dug tunnels" into the levee.

21. County Attorney Donley then sent another email admitting that her statement was untrue and now asserting that Plaintiffs have dug tunnels into the riverbank. As set forth in Plaintiffs' declarations and by way of photographs taken by and attached to Attorney Anthony Prince, these allegations are patently untrue. Whatever disturbance of the riverside topography have been made so that Plaintiffs can access the camp can be remedied without the requiring the clearing of the campers and the camp, itself and, in any case, no threat to the structural integrity of either the levee or the riverbank exists nor has any formal documentation otherwise been provided by Defendants.

22. The hardship to the County of delaying the work while the housing of displaced campers is resolved is far outweighed by the imminent and irreparable harm via state-created danger to the homeless by way of their forcible removal and lack of alternative housing. Accordingly, the balance of equities sharply favors Plaintiffs and the issuance of a TRO is in the interests

*Complaint for Injunctive Relief*

of the public—which, cities and counties often forget includes its unhoused citizens -- including protection from the possible community spread of COVID-19 and its highly transmissible Delta variant.

23. Plaintiffs believe that using the sliding scale and serious question standards set forth by the Ninth Circuit, they have satisfied their initial burden and are entitled to the immediate injunctive relief.

## FIRST CAUSE OF ACTION

Cruel and Unusual Punishment; Excessive Fines (Eighth Amendment to the Constitution of the United States 42 U.S.C. §1983; Art. 7)

Plaintiffs incorporate each and every allegation of the preceding paragraphs as if fully set forth herein. The acts and omissions of Defendant, as described herein, and the imposition of criminal charges and sanctions listed in the Notice to Vacate violate the constitutional rights of Plaintiffs to be free from actual or threatened cruel and unusual punishment and excessive fines. By virtue of their status as homeless people, and due to the insufficiency of shelter or housing in Monterey County, Plaintiffs will suffer cruel and unusual punishment on the basis set forth by the Ninth Circuit in *Martin v. Boise.*

## SECOND CAUSE OF ACTION

Cruel and Unusual Punishment (Art. 7, §17 California Constitution).

Plaintiffs incorporate each and every allegation of the preceding paragraphs as if fully set forth herein. 179. The acts and omissions of Defendant, as described herein, violate the constitutional rights of Plaintiffs to be free from actual or threatened cruel and unusual punishment and excessive fines.

## THIRD CAUSE OF ACTION

Right to Due Process of Law: State-Created Danger (Article I, Section 7 of the California Constitution)

*Complaint for Injunctive Relief*

Plaintiffs incorporate each and every allegation of the preceding paragraphs as if fully set forth herein. Defendants provide Plaintiffs no pre-deprivation process with respect to the removal of their campsites and potential loss or damage to personal property. Plaintiffs are also in immediate danger to their health and safety from the COVID19 global pandemic, depriving them of their rights to substantive due process guaranteed by Article 1, section 7 of the California Constitution.

## FOURTH CAUSE OF ACTION

Unlawful Seizure of Property (Fourth and Fourteenth Amendments to the U.S. Constitution; 42 U.S.C. § 1983)

Plaintiffs incorporate each and every allegation of the preceding paragraphs as if fully set forth herein. Given that previous sweeps and clearing of encampments has resulted in the seizure, damage, destruction and otherwise loss of property items, the County's conduct will violate the Fourth and Fourteenth Amendments of the United States Constitution.

## PRAYER FOR RELIEF

For a temporary restraining order and preliminary injunction, enjoining and restraining Defendants from enforcing and requiring Defendants to rescind the Notices to Vacate;

For a person who may have already been or is in the process of being cleared, a right to return to his/her/their particular campsite;

For statutory damages to the individual plaintiffs as provided by the Bane Civil Rights Act;

For damages to the individual plaintiffs in an amount to be determined according to proof;

For costs of suit and for attorney fees as provided by law;

For such other relief as the Court deems just and proper.

Dated: November 17, 2021.

Respectfully Submitted,

Anthony Prince
Law Offices of Anthony D. Prince
Attorney for Plaintiffs

*Complaint for Injunctive Relief*

1

## VERIFICATION

2

    I, Monike Ilene Tome, am a plaintiff in the above-captioned case and President of the

3

Pajaro/Watsonville Homeless Union. I have reviewed the above Application for Injunctive Relief

4

and swear under penalty of perjury under the laws of the United States of America that it is truthful

5

and accurate.

6

    Dated: November 17, 2021                     /s/ Monike Ilene Tone

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Complaint for Injunctive Relief*

Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Attorneys for Plaintiffs

Pag
- 1 -

## UNITED STATES COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAJARO/WATSONVILLE HOMELESS UNION, a local affiliate of the CALIFORNIA HOMELESS UNION, on behalf of itself and those it represents; MONIKE ILENE TONE, President of the PAJARO RIVER HOMELESS COMMUNITY, a Homeless Union-affiliated encampment in MONTEREY COUNTY; Individual Plaintiffs KRISTY OYLMAN, ELISE JOHNSON and other similarly-situated homeless persons encamped along the Pajaro River in Monterey County, <br><br> vs. <br><br> COUNTY OF MONTEREY; MONTEREY COUNTY WATER RESOURCES AGENCY; BOARD; MONTEREY COUNTY SHERIFF'S DEPARTMENT; SHERIFF STEPHEN BERNAL, in his official and individual capacities; and DOES 1-100, <br><br> Defendants | Case No.: <br><br> **DECLARATION OF ANTHONY D. PRINCE IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION AND COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

## DECLARATION OF ANTHONY D. PRINCE

I, Anthony D. Prince, hereby declare as follows:

1.  I am General Counsel for the California Homeless Union and attorney for the
    Pajaro/Watsonville chapter of the Union.

*Declaration of Anthony D. Prince*

2.  Attached hereto as Exhibit A is a true and correct copy of email communications between myself and Monterey County Attorney Kelly Donlon demonstrating my efforts to meet and confer on the subjects of the instant Ex Parte Application for Injunctive Relief as well as my notice to Counsel of our intention to seek Court intervention if necessary.

3.  As of the writing of this declaration, the County intends to go forward beginning at 7:00 am, Wednesday, November 17, 202 and continuing until at least November 18 and 19, 2021 with the clearing of the Pajaro River homeless encampments at issue in this case.

4.  Although counsel informed me that those who will be cleared out will be given motel vouchers, she has not responded with any information regarding the length of stay that will be permitted or answered any of our concerns regarding items of personal property, transportation or the number of persons who will actually be provided with such vouchers and that such vouchers will be available later this week or beyond, and, if so, for how long a stay.

5.  As the communications in Exhibit A show, the County rejected my request that the action be delayed for just a few days so that informal talks could continue. Accordingly, since the camp clearing is scheduled to begin only minutes from now, plaintiffs hereby file this Ex Parte Application for immediate injunctive relief.

I hereby swear and affirm under penalty of perjury under the laws of the United States and the State of California, that the foregoing is true and correct statement.

Dated: November 17, 2021

/s/ Anthony D. Prince

Executed at Berkeley, California

*Declaration of Anthony D. Prince*

# Exhibit A

Notice to Vacate

From: Anthony Prince (princelawoffices@yahoo.com)

To:     donlonkl@co.monterey.ca.us

Bcc:   villenair831@gmail.com

Date: Tuesday, November 16, 2021, 05:44 AM PST


Good morning Ms. Donlon:

   After numerous attempts to reach the Sheriffs Dept. and County Counsel, thanks again for contacting me yesterday, November 15, 2021, regarding the Notice to Vacate that was posted on November 10, 2021 informing my client Ms. Monike Tone and others camped near a portion of the Pajaro River that they have until this Wednesday, November 17, 2021 to leave that location.

   To summarize yesterday's conversation, I informed you that it will be impossible for my clients to vacate the location by Wednesday since, among other things, they are mostly elderly and with disabilities. I have been to the encampment several times and although some incursion into the surrounding topography has been made, they are relatively minor and do not pose a threat to the integrity of the levee. Also, as we discussed, there are no adverse weather events for at least ten days or so that might result in flooding, which did not take place even during the recent "bomb cyclone" atmospheric river storm.

   Accordingly, I requested that enforcement of the Notice to Vacate be extended by at least ten days during which we meet and confer on the situation. At this time, we are not necessarily opposed to re-locating the encampment and would like to avoid seeking redress through the court, although if we can't work something out today, all rights are reserved.

   You informed me that you need to consult with officials on this matter and would get back to me. I advised you that I have a settlement conference call in another case today at 1:00 pm and that I was available by phone any time before that. Alternatively, you may leave a text or send an email message regarding this matter. I can be reached at 510-301-1472.

   Thanks, again,

Anthony Prince,
Attorney for Monike Tone and
other encampment residents.



*This clean-up notice from City of Watsonville was posted at a camp at the Pajaro River Levee, according to a social media account. The City has since halted all clean-ups around the levee. — via Instagram*



# City postpones levee clean-up after homeless advocates raise concerns

By: **TONY NUÑEZ**   📅 January 6, 2021                          💬 0    👁 1334

**WATSONVILLE** – Scheduled clean-ups of the Pajaro River Levee have been postponed indefinitely after homeless advocates raised concerns about displacing people living there, according to Watsonville City Manager Matt Huffaker.

Huffaker said a regularly scheduled clean-up of the levee was set for Tuesday and Wednesday. That was canceled Monday after advocates complained to City leadership that a clean-up could displace homeless residents from the levee and contribute to the spread of Covid-19 in the community.

"The goal is to remove the trash and debris from the area but not to displace folks at this time particularly under the Covid environment that we're operating under," Huffaker said Wednesday. "We've discontinued that work for now just to try to ensure that no one is having to relocate or be disrupted while we try to hunker down and get everyone through these tough weeks with a spike in cases."

As of Tuesday, there were more than 2,500 active Covid-19 cases in Santa Cruz County. Watsonville has been the most-impacted city in the county, as more than half of roughly 9,800 cases have been identified here.

News of the clean-ups spread on social media Sunday through an Instagram account named agentsofchange831. In a post, that user said the Monterey County Sheriff's Office and Smith & Enright

Landscaping on Dec. 7 bulldozed the shelter erected by the people living in the Monterey County side of the levee. That post also said the City was planning to "sweep more of the Pajaro River community" on Tuesday and Wednesday, and asked for volunteers to help defend the residents' shelters.

Monike Tone said roughly 40 people showed to the levee on Tuesday and many returned Wednesday to help protect the community from a possible sweep.

"I'm truly grateful for the support that we've received from everyone," she said.

Tone said that she has lived in the Pajaro River community for eight years and that many of her fellow residents, around 110 people, she said, have been there for anywhere from two to three years. In that time, the residents constructed wooden shelters, gardens, chicken coups and water filtration systems.

All of that, including 58 structures, was demolished during the Monterey County Sheriff's sweep of the camps in their jurisdiction, she said. That night, Tone said she slept in the rain and cried for most of the night.

"I did not know where to turn, I did not know who to talk to," she said.

Tone said she attended the Stop the Sweeps rally in Santa Cruz last week where she met local organizers who have helped raise awareness of her community's issues, which she said have gone largely unnoticed by local political leaders.

"I'd like to thank all the voices that have been able to make a difference and are trying to change," she said. "I think this year is going to cause a lot of greatness for the homeless community because we're not going to stop until we receive the respect and dignity we deserve."

Huffaker said City crews have performed clean-ups of the levee and other natural habitat around the city as recently as last week. He said the City performs those clean-ups – clearing garbage, illegally dumped furniture and abandoned shopping carts, among other things – to "ensure environmentally sensitive areas are being protected."

The clean-ups at the levee, Huffaker said, are particularly important as rain has started to hit the Central Coast.

"It's always a particular concern during the winter months where those areas are prone to flooding during heavy rains," he said. "We're trying to balance public health with also preserving and maintaining these environmental areas. We'll continue to monitor as we go forward and make adjustments as necessary."

Huffaker said City crews typically post advanced notices of clean-ups a few days before they begin the work. They also sometimes give people living in natural habitat verbal notices, Huffaker said.

Those crews are sometimes accompanied by a Watsonville Police Department officer for protection, he said. Those officers and City employees also try to connect homeless residents with resources available to them through local nonprofits and the County of Santa Cruz.

"Ideally, we would want these individuals to be connected to resources and [be] in a warm bed where they can safely weather the storm and the pandemic," Huffaker said.

But Tone says that those resources are often unavailable or undesirable. One example, she said, is the current emergency homelessness shelter at the Veterans Memorial Building in Watsonville, which provides congregate shelter for those experiencing homelessness. Tone said that shelter is not only constantly full, but does not provide a safe environment for people looking to stay warm and evade possible exposure to Covid-19.

"They're not reliable resources, they're not resources that work, they're not resources that can help us at any point in time," she said. "Us going into shelter where there has been Covid already, that's unacceptable to us."

## Re: Notice to Vacate inwontbsend this unless u say ok

From: Monike Ilene Tone (villenair831@gmail.com)

To: princelawoffices@yahoo.com

Date: Tuesday, November 16, 2021, 09:13 PM PST

Tell me what u think

Dear All Persons Whom In witch need to read with some Kind of Athority. Thanks for you time.

I along with 150+ call this River are Home last year next month will be a year let me show you what was left behind. On are River..This is what Monterey County Water resources. left and my timeline Dont Lie witch mean this is After the days listed for last years clean up... In witch it was not clean up it was clean out Homeless... This Project has alot of money being put into it and that money could be used for other things like housing the ones out until your project is done see people who call the river home are not just calling it home for no reason we are a town with in town 2 city's and with in 2 Countys of witch Nether City or county can find housing. I am not just speaking of myself.... I have a Big Commitment and People out here are not in need on oneday shelter with in a shelter we rather stay home.... CDC Gide line are not beimg FOLLOWED AND SHELTER IN PLACE IS STILL ACTIVE ALONG WITH THIS VIDEO IM GOING TO SEND YOU.SO YOU KNOW THE LAWS YOUR COMMANDING SHERIFF OFFICER BRAKE... IF YOU OFFER EVERYONE PERMANENT HOUSEING WHILE THE PAJARO RIVER PROJECT IS GOING ON THEN WE WILL GO EVEN IF YOU GIVE A PART ON THE RIVER WE reside safely wood bathrooms since people have problem with sanitary issues I want you to look into what Santa Cruz County has done to the river out there in San Lorenzo I want you to know that I'm not going after you guys I'm going out to Santa Cruz County to it is the month of November 2021 rain always starts in November winter hello. So December is coming that's going to be really really stressful to. It is cold out and it is cold at night not nobody has even offered any warming stations out here in fact Monterey County Sheriff's Department last year in 2020 tell Church's stop coming out here defeat us and this is when the first beginning of November 2020 now we're here A year later we had all summer to do this. I know you're not going to be having no construction on this River and no winter it is too cold with the little bit that we have you want to take it away from us and you expect us to do. None of my community members have ever had covid-19 now we will not go into a place that's been exposed to covid you're not putting our lives at risk. You're not going to give us a motel voucher for 2 weeks and then we all wonder where we're going to go back to the river so we can go to the same thing again and again what I need from you to do is stop paying Smith an enlight destruction money come out here and take her people who would you go to bed at night you don't have to worry about.

On Tue, Nov 16, 2021, 7:25 PM Anthony Prince <princelawoffices@yahoo.com> wrote:

Sent from Yahoo Mail on Android

On Tue, Nov 16, 2021 at 10:36 AM, Donlon, Kelly L. x5313
<DonlonKL@co.monterey.ca.us> wrote:

Mr. Prince,

As we just discussed, I have some corrections and additions to below. I misspoke when I said individuals have built tunnels into the levee. The individuals have actually built tunnels into the riverbank. This is concerning because rain or not, there is a chance of the riverbank collapsing on individuals.

Also, the County and Water Resources Agency would like to offer special accommodations to your disabled client Ms. Tone. We can offer assistance for her to move her things and a bed. I am in the process of

Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Attorneys for Plaintiffs

Page - 1 -

## UNITED STATES COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAJARO/WATSONVILLE HOMELESS UNION, a local affiliate of the CALIFORNIA HOMELESS UNION, on behalf of itself and those it represents; MONIKE ILENE TONE, President of the PAJARO RIVER HOMELESS COMMUNITY, a Homeless Union-affiliated encampment in MONTEREY COUNTY; Individual Plaintiffs KRISTY OYLMAN, ELISE JOHNSON_____, _____, _____and other similarly-situated homeless persons encamped along the Pajaro River in Monterey County, <br><br>vs. <br><br>COUNTY OF MONTEREY; MONTEREY COUNTY WATER BOARD; MONTEREY COUNTY SHERIFF'S DEPARTMENT, SHERIFF STEPHEN BERNAL, in his official and individual capacity; and DOES 1-100, <br><br>Defendants | **Case No.:** <br><br>**DECLARATION OF ELISE JOHNSON IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION AND COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

## DECLARATION OF ELISE JOHNSON

I, Elise Johnson, hereby swear that the following is a true and correct statement:

1. I am a member of the Pajaro River homeless community and a member of the Pajaro/Watsonville Homeless Union. My husband, who is a field worker, have been camped along the Pajaro River in Monterey County for seven years. We are located close to the part

*Declaration of Elise Johnson*

of the river that is near the Pajaro River Levee, downstream of the Train Trestle to river mile 8.

2. Last year, the Monterey County sheriffs performing a "clean-up" destroyed my tent encampment and either took or destroyed everything I had. They offered me no place to go. They took my blankets and my jackets and it was so cold at night it started raining. Now, a year later, I now suffer emotional distress due to December's 2020 eviction they came to my house with a bulldozer and took everything I had like it was nothing. I begged and I pleaded with the Monterey County Sheriff's Office to stop, telling them that's all I have but they laughed and they joked like it was funny. This put me into a big depression and I just wanted to die.

3. On November 10, 2021, a 7-day Notice to Vacate Illegal Campsite was posted by Monterey County Sheriff Stephen Bernal. I am an older woman with physical disabilities and it has been impossible for me to pack up my things and tent. I am already suffering more intensified trauma since the County is planning to come today, November 17, 2021 and, once again, tear down our encampment. Attached hereto as Exhibit A is a true and correct copy of the Sheriffs Notice to Vacate.

4. On November 10, 2021, a separate notice was posted by the Monterey County Water Resources Agency titled, "WARNING. NOTICE OF CLEAN-UP" for the area where we are camped. At the bottom of the Notice it stated that "prior to the clean up dates set forth above, Monterey County will reach out to social services providers and request that service providers visit the site prior to the clean-ups to offer assistance." However, no service provider has come to the camp. The Notice also states, "You may also contact the Monterey Coalition of Homeless Service Providers at 831-883-3080 for assistance." I have called this number almost every day since the Notice was posted but have not been provided any assistance whatsoever.

*Declaration of Elise Johnson*

Attached hereto as Exhibit B is a true and correct copy of the Warning from the Monterey County Water Resources Agency.

5. The Pajaro River is my home. I have sheltered in place here since COVID 19 began. I love the river because I feel safe here. Neither myself or anyone else here has ever dug any tunnels either into the levee or the banks of the river as the County is falsely stating. (See photographs attached to Declaration of Anthony Prince.)

6. There are no shelters in our community, there are no shelters in our city or anywhere in Monterey County that I am aware of and there are no shelters that are available here to place my family. Sheriffs handed out a list of "Area Community Service Assistance" providers the same day they posted the Notice to Vacate. For the last nine days, I and other Homeless Union members have made numerous calls to every single agency listed; not a single one had any beds available. Attached hereto as Exhibit C is a true and correct copy of the list of "service providers" that was distributed to us.

7. If I am forced out of this camp and not permitted to return, I will have nowhere to go. I will be unable to carry my possessions—including survival items—with me as I walk the streets of Watsonville. I have no transportation and if my things are taken and placed in a storage facility I will not be able to retrieve them. I will also be hungry because community members and charitable organizations have brought food to our camp for years and will not be able to find me or others. Also, my husband will not be able to work in the nearby fields and we will suffer financial loss and that will make it very difficult to buy food and other necessities.

I swear and affirm under penalty of perjury under the laws of the United States and the State of California that the foregoing is a true and correct statement.

Dated: November 9, 2021                                      /s/ Elise Johnson

Executed at Parajo Encampment,

Monterey County

*Declaration of Elise Johnson*

# Exhibit A



MONICA IONE

Monterey County, California

# SHERIFF'S OFFICE

## NOTICE TO VACATE ILLEGAL CAMPSITE-
## YOU ARE TRESPASSING

Every person who camps or lodges or stores property on public or private property without the permission of the owner is guilty of a misdemeanor.

Posting Date: __11/10/21__     Posting Time: __11/8__

### INSTRUCTIONS TO OCCUPANTS:

1. ALL PERSONAL PROPERTY AND CAMP DEBRIS IS TO BE REMOVED BY THE TIME AND DATE NOTED BELOW.
2. ANY PERSONAL PROPERTY LEFT AT THIS SITE AFTER THIS TIME WILL BE CONSIDERED ABANDONED.

## VACATE BY DATE: 11/17/21     VACATE BY TIME: 0800

### Violations noted at this time:

Penal Code section 647(e) Every person who commits any of the following acts is guilty of disorderly conduct, a misdemeanor: Who lodges in any building, structure, vehicle, or place, whether public or private, without the permission of the owner or person entitled to the possession or in control of it.

Penal Code section 602(m) Every person who willfully commits a trespass by any of the following acts is guilty of a misdemeanor: Entering and occupying real property or structures of any kind without the consent of the owner, the owner's agent, or the person in lawful possession.

Penal Code section § 374.4(a) It is unlawful to litter or cause to be littered in or upon public or private property. A person, firm, or corporation violating this section is guilty of an infraction.

Vehicle Code section 23112(b) No person shall place, deposit, or dump, or cause to be placed, deposited, or dumped, any rocks, refuse, garbage, or dirt in or upon any highway, including any portion of the right-of-way thereof, without the consent of the state or local agency having jurisdiction over the highway.

Fish and Wildlife Code section 5652(a) It is unlawful to deposit, permit to pass into, or place where it can pass into the waters of the state, or to abandon, dispose of, or throw away, within 150 feet of the high water mark of the waters of the state, any can, bottles, garbage, motor vehicle or parts thereof, rubbish, litter, refuse, waste, debris, or the viscera or carcass of any dead mammal, or the carcass of any dead bird.

AREA COMMUNITY SERVICE ASSISTANCE IS AVAILABLE AT: (See handout)

By Order of the Sheriff: Stephen Bernal

# Exhibit B

# WARNING
# NOTICE OF CLEAN-UP

## POSTING DATE: 11/10/2021

**All persons camping at the Pajaro River Levee, downstream of the Train Trestle up to river mile 8 shall vacate by November 17, 2021 at 7:00 AM. A clean-up will occur between 7:00 AM and 7:00 PM on November 17, 18, and 19, 2021 at this location**

All camping is prohibited on public property between the hours of 6:00 PM and 6:00 AM. (Monterey County Code Chapter 14.18).

You are being provided advanced notice of the scheduled clean-ups to allow you time to remove and secure all of your personal property away from this location. Any and all personal property remaining at this location on the clean-up date set forth above may be removed without further notice.

Storage containers will be provided prior to the removal of personal property for storage upon request. property will be retained for ninety (90) days at the County of Monterey Storage Facility located at 24 San Juan Road in Pajaro. Abandoned property and refuse removed and destroyed.

following the clean-up your personal property has been stored, you should contact (831) 755-4800 (caller needs to ask to be transferred to the Pajaro Temporary Storage Facility Manager) to arrange to retrieve it, without risk of prosecution, by appointment only. Please do not go to the storage facility at any other time as staff will not be available to help you. Any items not recovered from storage after 90-days will be deemed abandoned and will be destroyed. Any items identified as trash, garbage, other waste, and/or insect infested items not suitable for storage or for continued use will be disposed of.

Prior to the clean-up dates set forth above, Monterey County will reach out to social services providers and request that service providers visit the site prior to the clean-ups to offer assistance. You may also contact the Monterey County Coalition of Homeless Service Providers at (831) 883-3080 for assistance.

Monterey County Water Resources Agency
1441 Schilling Place, Salinas, CA 93901 (831) 755-4860

# Exhibit C

### SALVATION ARMY – GOOD SAMARITAN CENTER
800 Scott St., Sand City, CA 93955
www.tsamonterey.com                                    (831) 899-4988
Supportive services include showers, access to phone, fax, computers, hot meals, food boxes, laundry, lockers, clothing closet, mail, spiritual counseling and rental assistance. Monday-Friday from 8:30-4:30 pm (closed 12-1 pm)

### SALVATION ARMY – SALINAS CENTER
2460 North Main St., Salinas, CA 93906          (831) 443-9655
www.tsagoldenstate.org
Community center with a variety of family services including shelter, meal assistance, bill pay assistance, and employment assistance.

### VETERANS TRANSITION CENTER –DAY PROGRAM
220 12th Street, Marina, CA 93933          (831) 883-8387
www.vtcmonterey.org
Support services to homeless veterans including food, clothing, and blankets.

### VICTORY MISSION
43 Soledad Street, Salinas, CA 93901          (831) 424-5688
http://www.victorymissionsalinas.com/
Victory Mission's provides a safe, supportive place for anyone wanting to get off the street from 10 a.m. to 1:00 p.m. and from 2:00 to 5:00 p.m. Monday through Saturday. Peer support, a big-screen TV and snacks/sandwiches are provided throughout the day. Mail service, food bags, shoes, clothing, blankets, towels, personal hygiene items (men & women) and spiritual counseling are also available.

## ENERGY ASSISTANCE

### LOW INCOME HOME ENERGY ASSISTANCE PROGRAM (LIHEAP)
Central Coast Energy Services          (888) 728-3637
Salvation Army Salinas          (831) 443-9655
www.energyservices.org
Assists low income families with paying their home energy bill. One time per calendar year payment. Salvation Army Salinas hosts LIHEAP on Thursdays 9:30 am-12 pm at 2460 North Main St in Salinas. Leave a message with Central Coast Energy Services for a return call.

# ⊗ Watsonville FREE Guide

Go to www.santacruzfreeguide.org to see current resource schedules and the most up to date version of this guide

**SHELTER** (*Star designates *SmartPath Assessments* available at these programs or locations.)
★Salvation Army Watsonville Day Center Overnight Winter Shelter starts Nov 15th | 104 Grant Street

## FOR WOMEN and CHILDREN:
Grace Harbor Women's Homeless Shelter Faith-Based | 214 Union St | (831) 724-3922 (Entry for many other programs)
Freedom Women's Center Faith-Based, Long Term Christian Discipleship Residential Program | (831) 724-2898
Pajaro Valley Shelter Services 115 Brennan St. | (831) 728-5649 | info@pvshelter.org

## FOR MEN:
Pajaro Rescue Mission Emergency shelter services for up to 35 men, showers | (831) 724-9576
Pajaro Induction Center 30-day min residential entry program for Men's Center | 111 Railroad Ave | (831) 722-9410
Pajaro Men's Center Long term faith-based residential Christian discipleship & recovery | (831) 722-2074

## MEALS
Pajaro Valley Loaves & Fishes Mon-Fri 12pm | 150 2nd St | (831) 722-4144
Salvation Army Center Mon-Fri 5pm | 214 Union St | (831) 724-3922

## GROCERIES
Second Harvest Food Bank 800 Ohlone Pkwy | Mon-Fri 8am-4:30pm | (831) 722-7110

## RESOURCES (*Star designates *SmartPath Assessments* available at these programs or locations.)
★Salvation Army Watsonville Day Center Showers, laundry, lockers, mailing address, wifi & more | 104 Grant Street
Community Bridges Assistance programs, resources, benefits enrollment and food | (831) 688-8840
Community Action Board Employment assistance, eviction prevention, Dayworker Center | (831) 763-2147
★Families in Transition One-time rental assistance, transitional housing | 406 Main St, Suite 326 | (831) 728-9791
Santa Cruz Immigration Project Immigration Issues, Advocacy | 406 Main St #217 | (831) 724-5667
Mobile Wellness Clinic See Dignity Health online schedule of stops | (831) 713-8751
Watsonville Homeless Health Center Walk-in Care 1430 Freedom Blvd, Suite C | (831) 763-8400
Planned Parenthood Women's Health 398 South Green Valley Rd | (831) 724-7525
Monarch Srvs Domestic Violence Intervention 233 East Lake Ave | (831) 722-4532 | 24hr Bilingual Crisis 1-888-900-4232
Supportive Services for Veterans 18 West Beach St | (831) 454-7276 By appt only
Watsonville Career Center 18 Beach St | (831) 763-8700 | Mon -Fri 8am-12pm, 1pm-5pm
Watsonville Youth Center 229 Green Valley Road | (831) 466-5672 | Mon -Fri 8am-5pm
SC Veterinary Street Outreach santacruz.vetstreetoutreach@gmail.com | (Check Facebook for updates )
211 DIRECTORY (Dial 211 for referrals) | Suicide Prevention Hotline 1-877-ONE-LIFE | 1-877-663-5433 | Crisis Text Line 741-741
★SmartPATH for Housing and Health Complete a survey to access a county-wide waitlist. Call 211 or visit www.smartpathscc.org

# ⊗ San Lorenzo Valley FREE Guide

## RESOURCES
★Mountain Community Resource Center 6134 Hwy 9, Felton 95018 | (831) 335-6600 | 9am- 4pm Mon-Thur, or call for appt
Valley Churches United Missions 9400 Hwy 9, PO BOx 367, Ben Lomond, 95005 | (831) 336-8258 | Mon-Fri 9am- 4pm
VCUM Food Pantry Tuesday, Wednesday, Thursday (fresh groceries for all) 9am to 11:45am | 1st & 3rd Fridays for seniors onl
San Lorenzo Valley Sheriff's Service Center 6062 Graham Hill, A&B | (831) 454-7400 | Services, referrals
211 DIRECTORY (Dial 211 for referrals) | Suicide Prevention Hotline 1-877-ONE-LIFE |1-877-6

June 19, 2019 - santacruzfreeguide.org



1  Anthony D. Prince (SBN # 202892)
   General Counsel, California Homeless Union/Statewide Organizing Council
2  Law Offices of Anthony D. Prince
   2425 Prince Street, Ste. 100
3  Berkeley, CA 94705
   Tel: 510-301-1472
4

5  Attorneys for Plaintiffs

Pag
- 1 -

### UNITED STATES COURT

6

### NORTHERN DISTRICT OF CALIFORNIA

7

8  PAJARO/WATSONVILLE HOMELESS           )
   UNION, a local affiliate of the CALIFORNIA  )   **Case No.:**
9  HOMELESS UNION, on behalf of itself and  )
   those it represents; MONIKE ILENE TONE,  )   **DECLARATION OF MONIKE ILENE**
10 President of the PAJARO RIVER             )   **TONE IN SUUPPORT OF PLAINTIFFS'**
   HOMELESS COMMUNITY, a Homeless        )   *EX PARTE* **APPLICATION AND**
11 Union-affiliated encampment in MONTEREY )   **COMPLAINT FOR TEMPORARY**
   COUNTY; Individual Plaintiffs KRISTY     )   **RESTRAINING ORDER AND**
12 OYLMAN, ELISE                            )   **PRELIMINARY INJUNCTION**
   JOHNSON_____,                 )
13                                          )
   _____, _____and other          )
14 similarly-situated homeless persons encamped )
   along the Pajaro River in Monterey County, )
15                                          )
   vs.                                      )
16                                          )
   COUNTY OF MONTEREY; MONTEREY           )
17 COUNTY WATER RESOURCES AGENCY; )
   MONTEREY COUNTY SHERIFF'S              )
18 DEPARTMENT, SHERIFF STEPHEN            )
   BERNAL in his official and individual     )
19 capacities,  and DOES 1-100,             )
                                           )
20           Defendants                     )
                                           )
21 _____)

22            ### DECLARATION OF MONIKE TONE

23
      I, Monike Ilene Tone, hereby declares as follows:
24

25    1.  My name is Monike Tone. I am the President of the Pajaro Watsonville Homeless Union

26        and a resident of the Pajaro River homeless community.

27    2.  On November 10, 2021, at approximately 12 a.m., I was given a notice by the Monterey

28        County Sheriff's officers to vacate by November 17th 2021. This has also been posted

*Declaration of Monike Ilene Tone*

and given to other residents on the Pajaro River. Alongside that notice was another notice from the Monterey County Water Resources Agency ordering us to vacate by November 17th 2021 by 7 a.m.. Attached hereto as Exhibits A and B, are, respectively, true and correct copies of the Sheriffs and Water Agency notices. This "cleanup"— which is a false term used in the past by the County to destroy homeless encampments and personal property belonging to homeless persons – will affect over 200 people along this portion of the Pajaro River who are without the basic needs of housing and for whom there are no shelters available.

3. I have been on the river for approximately 10 years. I have I have experienced repeated sweeps and destruction of my campsite by Monterey County Water Resource, Sheriffs as well as Smith and Enwright landscaping company. They destroyed my community they destroyed my home as well as over a hundred other homes (tents, etc.) which each home has been documented so it's known that we're out here. I have lost everything from baby pictures to my IDs to my clothes I've lost everything and had to start over just was what was on my back.

4. November and December are two of the coldest and rainiest times of the year. Now they are going to do tomorrow what they did last year when they brought bulldozers and dump trucks and whatever didn't fit in the bulldozers they just left behind, now destroyed. Like last year we will be left without blankets, etc. Last year, Sheriffs Deputy Mendoza told us females that he would find housing for us, but returned an hour later and said "Sorry ladies, there's nothing that we can do for you." And went ahead with the bulldozers and tore our shelters down.

5. At this time, I am suffering extreme mental, physical and emotional suffering. Nobody on this River was offered any other services. A number listed on the Water Agency Notice of November 10, 2021 (831-883-3080) is to the Monterey County Coalition of

*Declaration of Monike Ilene Tone*

Homeless Service Providers. I called and spoke with an individual by the name of Nickolas, who would not give his last name.  He stated that there were **no housing services** available or would be available after tomorrow's sweep. He said the best he could do was to put people on a waiting list by filling out paperwork. He then admitted that I had been placed on such a list last December 5, 2020 but there was still nothing available on an emergency or other basis, and that it "is a long process."

Page - 3 -

6. We have become a community here, mostly females and some married couples. We have become aware of our surroundings we pick up around here we keep our River clean as we can. The accusation that we have dug tunnels into either the levee or the riverbanks is completely false and being used as an excuse to push us out with nowhere to go.

7. If this notice to vacate doesn't stop this will affect people's lives tremendously. The county of Monterey will be putting lives in danger will be putting people's health and safety along with dispersal into the ongoing coronavirus/Delta variant pandemic and risk of hypothermia from the cold and rain.

I swear and affirm under penalty of perjury under the laws of the United States and the State of California that the foregoing is a true and correct statement.

Dated: November 16, 2021                              /s/ Monike Ilene Tone

Executed at Pajaro River Homeless Camp

*Declaration of Monike Ilene Tone*

# Exhibit A



MONICA TONE

Monterey County, California

# SHERIFF'S OFFICE

## NOTICE TO VACATE ILLEGAL CAMPSITE-
## YOU ARE TRESPASSING

Every person who camps or lodges or stores property on public or private property without the permission of the owner is guilty of a misdemeanor.

Posting Date: __11/10/21__          Posting Time: __11/0__

### INSTRUCTIONS TO OCCUPANTS:

1. ALL PERSONAL PROPERTY AND CAMP DEBRIS IS TO BE REMOVED BY THE TIME AND DATE NOTED BELOW.
2. ANY PERSONAL PROPERTY LEFT AT THIS SITE AFTER THIS TIME WILL BE CONSIDERED ABANDONED.

## VACATE BY DATE: 11/17/21          VACATE BY TIME: 0800

### Violations noted at this time:

Penal Code section 647(e) Every person who commits any of the following acts is guilty of disorderly conduct, a misdemeanor: Who lodges in any building, structure, vehicle, or place, whether public or private, without the permission of the owner or person entitled to the possession or in control of it.

Penal Code section 602(m) Every person who willfully commits a trespass by any of the following acts is guilty of a misdemeanor: Entering and occupying real property or structures of any kind without the consent of the owner, the owner's agent, or the person in lawful possession.

Penal Code section § 374.4(a) It is unlawful to litter or cause to be littered in or upon public or private property. A person, firm, or corporation violating this section is guilty of an infraction.

Vehicle Code section 23112(b) No person shall place, deposit, or dump, or cause to be placed, deposited, or dumped, any rocks, refuse, garbage, or dirt in or upon any highway, including any portion of the right-of-way thereof, without the consent of the state or local agency having jurisdiction over the highway.

Fish and Wildlife Code section 5652(a) It is unlawful to deposit, permit to pass into, or place where it can pass into the waters of the state, or to abandon, dispose of, or throw away, within 150 feet of the high water mark of the waters of the state, any can, bottles, garbage, motor vehicle or parts thereof, rubbish, litter, refuse, waste, debris, or the viscera or carcass of any dead mammal, or the carcass of any dead bird.

AREA COMMUNITY SERVICE ASSISTANCE IS AVAILABLE AT: (See handout)

By Order of the Sheriff: Stephen Bernal

# Exhibit B

# WARNING
## NOTICE OF CLEAN-UP

### POSTING DATE: 11/10/2021

**All persons camping at the Pajaro River Levee, downstream of the Train Trestle up to river mile 8 shall vacate by November 17, 2021 at 7:00 AM. A clean-up will occur between 7:00 AM and 7:00 PM on November 17, 18, and 19, 2021 at this location.**

All camping is prohibited on public property between the hours of 6:00 PM and 6:00 AM. (Monterey County Code Chapter 14.18).

You are being provided advanced notice of the scheduled clean-ups to allow you time to remove and secure all of your personal property away from this location. Any and all personal property remaining at this location on the clean-up date set forth above may be removed without further notice

Storage containers will be provided prior to the removal of personal property for storage upon request. ... property will be retained for ninety (90) days at the County of Monterey ... Storage Facility located at 24 San Juan Road in Pajaro. Abandoned property and refuse ... removed and destroyed.

... following the clean-up your personal property has been stored, you should contact (831) 755-4800 (call... needs to ask to be transferred to the Pajaro Temporary Storage Facility Manager) to arrange to retrieve it, without risk of prosecution, by appointment only. Please do not go to the storage facility at any other time as staff will not be available to help you. Any items not recovered from storage after 90-days will be deemed abandoned and will be destroyed. Any items identified as trash, garbage, other waste, and/or insect infested items not suitable for storage or for continued use will be disposed of.

Prior to the clean-up dates set forth above, Monterey County will reach out to social services providers and request that service providers visit the site prior to the clean-ups to offer assistance. You may also contact the Monterey County Coalition of Homeless Service Providers at (831) 883-3080 for assistance.

Monterey County Water Resources Agency
1441 Schilling Place, Salinas, CA 93901 (831) 755-4860

1  | Anthony D. Prince (SBN # 202892)
   | General Counsel, California Homeless Union/Statewide Organizing Council
2  | Law Offices of Anthony D. Prince
   | 2425 Prince Street, Ste. 100
3  | Berkeley, CA 94705
   | Tel: 510-301-1472
4  |
5  | Attorneys for Plaintiffs

**UNITED STATES COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| PAJARO/WATSONVILLE HOMELESS UNION, a local affiliate of the CALIFORNIA HOMELESS UNION, on behalf of itself and those it represents; MONIKE ILENE TONE, President of the PAJARO RIVER HOMELESS COMMUNITY, a Homeless Union-affiliated encampment in MONTEREY COUNTY; Individual Plaintiffs KRISTY OYLMAN, ELISE JOHNSON and other similarly-situated homeless persons encamped along the Pajaro River in Monterey County, | ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.:** |
| vs. | ) ) | **DECLARATION OF KRISTINA OYLMAN IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION AND COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| COUNTY OF MONTEREY; MONTEREY COUNTY WATER RESOURCES AGENCY; BOARD; MONTEREY COUNTY SHERIFF'S DEPARTMENT; SHERIFF STEPHEN BERNAL, in his official and individual capacities; and DOES 1-100, | ) ) ) ) ) ) ) ) | |
| Defendants | ) ) ) ) ) | |

**DECLARATION OF KRISTINA OYLMEN**

I, Kristina Oylmen, hereby declare as follows

1. I am a 35-year old woman who has lived near the Pajaro River levee for the last five years. I am an officer of the Pajaro/Watsonville Chapter of the Homeless Union and a voice for our family, and people, known in Spanish as "gente". We are a community

*Declaration of Kristina Oylmen*

within the community.

2.  If I am forced out of the camp I will have nowhere to go. Separated from my community members I will have no protection and, as a woman, will be at risk of assault and other harm which it is common knowledge happens all the time to unhoused females who are on the streets of Watsonville and other cities.

3.  Last year, the Sheriffs destroyed our encampment, but we re-established it because of COVID-19 "shelter in place" orders from Monterey County. I am seeking for this sweep planned for tomorrow, November 17, 2021 to Stop. Covid 19 is after a year still a pandemic. We are shelter in place only going to places that is needed and back to the camp. If the camp is destroyed -- which the County calls "clean-up" – we will be disbursed and put at higher risk of spread of the Delta variant and separated from community volunteers who have brought food, water, blankets and hygiene items to us. They won't know where to find us and we will suffer because of it.

I hereby swear and affirm under penalty of perjury under the laws of the United States and the State of California, that the foregoing is true and correct statement.

Dated: November 16, 2021                         /s/ Kristina Oylmen

Executed at Pajaro River Homeless Encampment
Monterey County, CA

*Declaration of Kristina Oylmen*

1  Anthony D. Prince (SBN # 202892)
   General Counsel, California Homeless Union/Statewide Organizing Council
2  Law Offices of Anthony D. Prince
   2425 Prince Street, Ste. 100
3  Berkeley, CA 94705
   Tel: 510-301-1472
4

5  Attorneys for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PAJARO/WATSONVILLE HOMELESS ) **Case No.:**
UNION, a local affiliate of the CALIFORNIA )
HOMELESS UNION, on behalf of itself and )
those it represents; MONIKE ILENE TONE, ) **[Proposed] ORDER FOR TEMPORARY**
President of the PAJARO RIVER ) **RESTRAINING ORDER AND**
HOMELESS COMMUNITY, a Homeless ) **PRELIMINARY INJUNCTION**
Union-affiliated encampment in MONTEREY )
COUNTY; Individual Plaintiffs KRISTY )
OYLMAN, ELISE JOHNSONand other )
similarly-situated homeless persons encamped )
along the Pajaro River in Monterey County, )
)
vs. )
)
COUNTY OF MONTEREY; MONTEREY )
COUNTY WATER BOARD; MONTEREY )
COUNTY SHERIFF'S DEPARTMENT, )
SHERIFF STEPHEN BERNAL, in his official )
and individual capacity; and DOES 1-100, )
)
    Defendants )
)
)
)
)
_____ )

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Plaintiffs' Motion

for a Temporary Restraining Order and Preliminary Injunction as follows:

Defendants are ordered to rescind and are enjoined and restrained from enforcing the

November 10, 2021Notices to Vacate;

Defendants shall permit any person who may have already been or is in the process of being

cleared, to return to his/her/their particular campsite;

*[Proposed] Order*

1   Defendants are ordered to pay statutory damages to the individual plaintiffs as provided by

2   the Bane Civil Rights Act; for damages to the individual plaintiffs in an amount to be determined

3   according to proof; for costs of suit and for attorney fees as provided by law.

4   GOOD CAUSE APPEARING THEREFORE:

5   IT IS ORDERED.

6   Dated: November _____, 2021

7

8   Judge for the Northern
    District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*[Proposed] Order*

Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Attorneys for Plaintiffs

# UNITED STATES COURT

# NORTHERN DISTRICT OF CALIFORNIA

PAJARO/WATSONVILLE HOMELESS
UNION, a local affiliate of the CALIFORNIA
HOMELESS UNION, on behalf of itself and
those it represents; MONIKE ILENE TONE,
President of the PAJARO RIVER
HOMELESS COMMUNITY, a Homeless
Union-affiliated encampment in MONTEREY
COUNTY; Individual Plaintiffs KRISTY
OYLMAN, ELISE JOHNSONand other
similarly-situated homeless persons encamped
along the Pajaro River in Monterey County,

vs.

COUNTY OF MONTEREY; MONTEREY
COUNTY WATER BOARD; MONTEREY
COUNTY SHERIFF'S DEPARTMENT,
SHERIFF STEPHEN BERNAL, in his official
and individual capacity; and DOES 1-100,

      Defendants

**Case No.:**

**[Proposed] ORDER FOR TEMPORARY
RESTRAINING ORDER AND
PRELIMINARY INJUNCTION**

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Plaintiffs' Motion

for a Temporary Restraining Order and Preliminary Injunction as follows:

Defendants are ordered to rescind and are enjoined and restrained from enforcing the

November 10, 2021Notices to Vacate;

Defendants shall permit any person who may have already been or is in the process of being

cleared, to return to his/her/their particular campsite;

*[Proposed] Order*

1    Defendants are ordered to pay statutory damages to the individual plaintiffs as provided by

2  the Bane Civil Rights Act; for damages to the individual plaintiffs in an amount to be determined

3  according to proof; for costs of suit and for attorney fees as provided by law.

4    GOOD CAUSE APPEARING THEREFORE:

5    IT IS ORDERED.

6    Dated: November _____, 2021                    _____

7
8                                              Judge for the Northern
                                               District of California
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*[Proposed] Order*