UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAJARO/WATSONVILLE HOMELESS UNION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MONTEREY COUNTY, et al.,<br><br>    Defendants. | Case No. 21-cv-08899-SVK<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 47 |

The Court is in receipt of Defendants Stephen Bernal, Monterey County, Monterey County Sheriff's Department, and Monterey County Water's ("Defendants") motion for summary judgment or partial summary judgment. Dkt. 47. Plaintiffs did not file an opposition to the motion by the July 14, 2022 deadline, and there has been no further activity in the case. Accordingly, Plaintiffs are ordered to appear by Zoom on **August 9, 2022 at 9:30 a.m.** and show cause why this case should not be dismissed for failure to prosecute. Plaintiffs must also file a response to this Order to Show Cause by **August 2, 2022**.

**SO ORDERED.**

Dated: July 25, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge